# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-61503 |
| | ) | |
| **Steven Eric Yoders and Elaine Marie Yoders,** | ) ) ) | (Chapter 7) |
| **DEBTOR** | ) | |

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

eCAST Settlement Corporation, assignee of MBNA America Bank, N.A. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,142.14. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

eCAST Settlement Corporation, assignee of MBNA America Bank, N.A.

By: /s/ Greg Griffith
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| **IN RE:** | ) Case No. 05-61503 |
| **Steven Eric Yoders and Elaine Marie Yoders,** | )     (Chapter 7) |
|  | ) |
| **DEBTOR(S)** | ) |

## NOTICE OF APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041 ET. SEQ.

**TAKE NOTICE** that the undersigned has filed an Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041 Et. Seq. with the Court. A copy of this application accompanies this Notice.

If you do not want the Court to grant the relief requested in this application, or if you want the Court to consider your views on this application, then within twenty (20) days after the date set forth below you or your attorney must file with the Court a response to the application at:

Clerk, United States Bankruptcy Court
SOUTHERN DISTRICT OF OHIO
170 N. High Street
Columbus, OH  43215

If you mail your response to the application to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. You must also mail a copy of your response to the application to:

Greg Griffith
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK  73013

PLEASE TAKE FURTHER NOTICE, pursuant to the Local Rules of this Court, failure of any person or entity receiving notice of the Application to file objections thereto on a timely basis shall be a bar to the assertion of an objection to the entry by the Court of the proposed Order, as same may be modified, and the within Motion shall be deemed uncontested.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Local Rules of this Court, eCAST Settlement Corporation, assignee of MBNA America Bank, N.A. hereby requests oral argument, if the within Motion is opposed.

        Respectfully submitted,

        eCAST Settlement Corporation, assignee of MBNA America Bank, N.A.

        By: /s/ Greg Griffith
        Greg Griffith

        American Property Locators, Inc.
        Attorney-in-fact
        3855 South Boulevard, Suite 200
        Edmond, OK 73013
        (405) 340-4900

Dated: October 12, 2009

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the Notice of Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041Et. Seq. was served upon the parties listed below by depositing a copy of the same, enclosed in a first-class postpaid envelope, properly addressed to these parties, in a post office or official depository under the exclusive care and custody of the U.S. Postal Service on October 12, 2009.


      By: /s/ Greg Griffith
      Greg Griffith

## SERVICE LIST
Steven Eric Yoders and Elaine Marie Yoders, CASE NO. 05-61503


United States Attorney
Attn: Civil Process Clerk
303 Marconi Boulevard, 2nd Floor
Columbus, OH 43215

Office of the U.S. Trustee
170 North High Street, Ste 200
Columbus, OH 43215

Case Trustee
Brent A Stubbins
59 N 4th St
P O Box 488
Zanesville, OH 43702-0488

Debtor's Counsel
Rose M Fox
233 Main Street
Zanesville, OH 43701

Debtor
Steven Eric Yoders and Elaine Marie Yoders
317 E. Main Street
Crooksville, OH 43731

# LIMITED POWER OF ATTORNEY

eCAST Settlement Corporation, assignee of MBNA America Bank, N.A., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the Steven Eric Yoders and Elaine Marie Yoders bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 18th day of September, 2009.

**PRINCIPAL:**
eCAST Settlement Corporation, assignee of
MBNA America Bank, N.A.
(Tax ID # 13-4150500)

**PRINCIPAL'S ADDRESS:**
383 Madison Ave
New York City, NY 10179

By: _____

Title: EXECUTIVE VICE PRESIDENT

## ACKNOWLEDGMENT

STATE OF NEW JERSEY)

COUNTY OF BERGEN)

Before me, the undersigned a Notary Public, in and for said County and State on this 18th day of September, 2009, personally appeared Edward Benison to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Executive Vice President and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

Notary _____

ANN PICHARDO
Commission # 2370233
Notary Public, State of New Jersey
My Commission Expires
February 27, 2013

EDWARD P. BENISON
EXECUTIVE VICE PRESIDENT



eCAST SETTLEMENT CORPORATION
270 PARK AVE., 10TH FL., NEW YORK, NY 10017
TEL: (212) 272.6926   FAX: (212) 272.8169
ed.benison@jpmorgan.com

# Certificate of Authority to Act for
# eCAST Settlement Corporation

I, the undersigned, **Timothy Stapleford**, as **President** of eCAST Settlement Corporation, do hereby certify that **Edward Benison** has the authority to act on behalf of eCAST Settlement Corporation, in all matters of collection, etc. for eCAST Settlement Corporation including, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

    IN WITNESS HEREOF, I have hereunto signed my name this 21st day of **September**, 2009.

eCAST Settlement Corporation

_[signature]_

Corporate seal

## Notary Statement

STATE OF **New Jersey**
COUNTY OF **Bergen**

### ACKNOWLEDGMENT

    Before me, the undersigned a Notary Public, in and for said County and State on this 21st day of **September**, 2009, personally appeared **Timothy Stapleford** to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its **President** and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

    In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:      Notary _[signature]_

```
ANN PICHARDO
Commission # 2370233
Notary Public, State of New Jersey
My Commission Expires
February 27, 2013
```

STATE OF NEW JERSEY NOTARY PUBLIC COMMISSION
THIS IS TO CERTIFY THAT
**ANN PICHARDO**
WHO RESIDES IN **BERGEN** COUNTY
IS COMMISSIONED A NOTARY PUBLIC
FEBRUARY 27, 2008 TO FEBRUARY 27, 2013
VALID DATES

SIGNATURE

**2370233**
I.D. NUMBER                    ACTING STATE TREASURER

